737 S.E.2d 480

**STATE of South Carolina, Respondent,**

v.

**Timothy WALLACE, Petitioner.**

Appellate Case No.2011–192266.

No. 27203.

Supreme Court of South Carolina.

Heard Dec. 5, 2012.

Decided Dec. 19, 2012.

Kathrine Haggard Hudgins, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, all of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.

PER CURIAM:

We granted a petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Wallace,* 392 S.C. 47, 707 S.E.2d 451 (Ct.App.2011). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**